LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

RICHARD H. SCHOENBERGER (State Bar #122190)
MATTHEW D. DAVIS (State Bar #141986)
SARA M. PETERS (State Bar #260610)
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GRISELDA RAMIREZ<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, COUNTY OF MONTEREY, DEPUTY HERNANDEZ, OFFICER J. BOX, OFFICER J. MITCHELL, and DOES ONE through ONE HUNDRED<br><br>          Defendants. | Case No. CV 09-05136 JW PVT<br><br>(Case Assigned to District Judge James Ware & Magistrate Judge Patricia V. Trumbull for all discovery matters)<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel Report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:

**Court Processes:**

    Early Neutral Evalutation (EME) (ADR L.R. 5)

The parties agree to hold the ADR session by:

    The presumptive deadline

///

///

WALKUP, MELODIA, KELLY & SCHOENBERGER

Dated: February 25, 2010

_____
MATTHEW D. DAVIS
Counsel for Plaintiff

OFFICE OF THE ATTORNEY GENERAL

Dated: February ___, 2010

_____
JOHN P. DEVINE
Counsel for the State of California

OFFICE OF THE COUNTY COUNSEL COUNTY OF MONTEREY

Dated: February ___, 2010

_____
SUSAN K. BLITCH
Counsel for the County of Monterey and Deputy A. Hernandez

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session is 90 days from the date of this order.

IT IS SO ORDERED.

DATED: March 4, 2010

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS — CASE NO. CV 09-05136 JW PVT

WALKUP, MELODIA, KELLY & SCHOENBERGER

Dated: February __, 2010

MATTHEW D. DAVIS
Counsel for Plaintiff

OFFICE OF THE ATTORNEY GENERAL

Dated: February 25, 2010

JOHN P. DEVINE
Counsel for the State of California

OFFICE OF THE COUNTY COUNSEL COUNTY OF MONTEREY

Dated: February __, 2010

SUSAN K. BLITCH
Counsel for the County of Monterey and Deputy A. Hernandez

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session is 90 days from the date of this order.

IT IS SO ORDERED.

DATED: _____

UNITED STATES DISTRICT JUDGE

WALKUP, MELODIA, KELLY & SCHOENBERGER

Dated: February __, 2010

MATTHEW D. DAVIS
Counsel for Plaintiff

OFFICE OF THE ATTORNEY GENERAL

Dated: February __, 2010

JOHN P. DEVINE
Counsel for the State of California

OFFICE OF THE COUNTY COUNSEL, COUNTY OF MONTEREY

Dated: February __, 2010

SUSAN K. BLITCH
Counsel for the County of Monterey and Deputy A. Hernandez

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session is 90 days from the date of this order.

IT IS SO ORDERED

DATED:

UNITED STATES DISTRICT JUDGE