1 | CHARLES J. McKEE #152458
County Counsel
2 | SUSAN K. BLITCH #187761
Deputy County Counsel
3 | County of Monterey
168 W. Alisal Street, Third Floor
4 | Salinas, California 93901-2653
Telephone: (831) 755-5045
5 | Facsimile: (831) 755-5283

6 | Attorneys for Defendants COUNTY OF MONTEREY
And DEPUTY A. HERNANDEZ

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

12 | GRISELDA RAMIREZ,                          CASE NO. C09-05136-JW

13 |             Plaintiff,                     **STIPULATION OF DISMISSAL**

14 |     vs.                                    (FRCP RULE 41)

15

16 | STATE OF CALIFORNIA; COUNTY OF
MONTEREY; DEPUTY A.
17 | HERNANDEZ; OFFICER J. BOX;
OFFICER J. MITHCELL; and DOES ONE
18 | through ONE HUNDRED,

19 |             Defendants.

20

21 |     IT IS HEREBY STIPULATED by and between the parties to this action through their

22 | designated counsel that, pursuant to FRCP Rule 41(a)(1), the above-captioned action be and

23 | hereby is dismissed without prejudice as to Defendants, COUNTY OF MONTEREY and

24 | DEPUTY ANA HERNANDEZ, sued herein as DEPUTY A. HERNANDEZ.

25 | ///

26 | ///

27 | ///

28 | ///



IT IS SO ORDERED

*James Ware*

Judge James Ware

3/12/2010

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

1

1  Dated: March ___7___, 2010          WALKUP, MELODIA, KELLY & SCHOENBERGER

2

3                                      By: _____
                                           Sara M. Peters
4                                          Matthew D. Davis
                                           Richard H. Schoenberger
5                                          Attorneys for Plaintiff GRISELDA RAMIREZ

6

7  Dated: March ___8___, 2010          OFFICE OF THE ATTORNEY GENERAL
                                       STATE OF CALIFORNIA
8

9

10                                     By: _____
                                           John P. Devine
11                                         Paul T. Hammerness
                                           Attorneys for Defendants STATE OF
12                                         CALIFORNIA, OFFICER J. BOX and
                                           OFFICER J. MITCHELL
13

14

15  Dated: March __4__, 2010           OFFICE OF THE COUNTY COUNSEL
                                       COUNTY OF MONTEREY
16

17

18                                     By: _____
                                           Susan K. Blitch
19                                         Attorneys for Defendants COUNTY OF
                                           MONTEREY and DEPUTY ANA
20                                         HERNANDEZ

21

22

23

24

25

26

27

28

                                       2

STIPULATION OF DISMISSAL                              CASE NO. C09-05136-JW