1  CHARLES J. McKEE #152458
   County Counsel
2  SUSAN K. BLITCH #187761
   Deputy County Counsel
3  County of Monterey
   168 W. Alisal Street, Third Floor
4  Salinas, California 93901-2653
   Telephone: (831) 755-5045
5  Facsimile: (831) 755-5283

6  Attorneys for Defendants COUNTY OF MONTEREY
   And DEPUTY A. HERNANDEZ

7

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Judge James Ware]*

3/12/2010

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  GRISELDA RAMIREZ,                    )  CASE NO. C09-05136-JW
                                         )
13              Plaintiff,                )
                                         )  STIPULATION OF DISMISSAL
14                                        )
       vs.                                )  (FRCP RULE 41)
15                                        )
                                         )
16  STATE OF CALIFORNIA; COUNTY OF        )
    MONTEREY; DEPUTY A.                   )
17  HERNANDEZ; OFFICER J. BOX;            )
    OFFICER J. MITHCELL; and DOES ONE )
18  through ONE HUNDRED,                  )
                                         )
19              Defendants.               )
                                         )
20

21      IT IS HEREBY STIPULATED by and between the parties to this action through their

22  designated counsel that, pursuant to FRCP Rule 41(a)(1), the above-captioned action be and

23  hereby is dismissed without prejudice as to Defendants, COUNTY OF MONTEREY and

24  DEPUTY ANA HERNANDEZ, sued herein as DEPUTY A. HERNANDEZ.

25  ///

26  ///

27  ///

28  ///

                                          1
STIPULATION OF DISMISSAL                                    CASE NO. C09-05136-JW

```
 1 | Dated: March 7, 2010          WALKUP, MELODIA, KELLY & SCHOENBERGER
 2 |
 3 |                               By: _____
 4 |                                   Sara M. Peters
                                       Matthew D. Davis
 5 |                                   Richard H. Schoenberger
                                       Attorneys for Plaintiff GRISELDA RAMIREZ
 6 |
 7 | Dated: March 8, 2010          OFFICE OF THE ATTORNEY GENERAL
                                   STATE OF CALIFORNIA
 8 |
 9 |
10 |                               By: _____
                                       John P. Devine
11 |                                   Paul T. Hammerness
                                       Attorneys for Defendants STATE OF
12 |                                   CALIFORNIA, OFFICER J. BOX and
                                       OFFICER J. MITCHELL
13 |
14 |
15 | Dated: March 4, 2010          OFFICE OF THE COUNTY COUNSEL
16 |                               COUNTY OF MONTEREY
17 |
18 |                               By: _____
                                       Susan K. Blitch
19 |                                   Attorneys for Defendants COUNTY OF
                                       MONTEREY and DEPUTY ANA
20 |                                   HERNANDEZ
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

STIPULATION OF DISMISSAL                                    CASE NO. C09-05136-JW

TOTAL P.09