LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

RICHARD H. SCHOENBERGER (State Bar #122190)
MATTHEW D. DAVIS (State Bar #141986)
SARA M. PETERS (State Bar #260610)
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GRISELDA RAMIREZ<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, COUNTY OF MONTEREY, DEPUTY HERNANDEZ, OFFICER J. BOX, OFFICER J. MITCHELL, and DOES ONE through ONE HUNDRED<br><br>Defendants. | Case No. CV 09-05136 JW PVT<br><br>**(Case Assigned to District Judge James Ware & Magistrate Judge Patricia V. Trumbull for all discovery matters)**<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |

The undersigned, through their counsel, hereby agree and stipulate pursuant to FRCP Rule 41(a)(1) to the following.

(1)   Plaintiff Griselda Ramirez shall dismiss this lawsuit without prejudice; and

(2)   Each side shall bear their own fees and costs.

Dated: March 22, 2010

WALKUP, MELODIA, KELLY & SCHOENBERGER

MATTHEW D. DAVIS
Attorney for Plaintiff

1 | Dated: March 24, 2010

DEPUTY ATTORNEY GENERAL FROM THE
CALIFORNIA ATTORNEY GENERAL'S OFFICE

*[signature]*

John P. Devine
Attorney for Defendants State of California; Officer J.
Box and Officer J. Mitchell

It is so ordered. The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated: March 30, 2010

*[signature]*

United States District Court Judge

---

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATION TO DISMISS WITHOUT PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL - CASE NO. CV 09-05136 JW PVT